UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA HEISLER, AS THE EXECUTRIX OF THE SUCCESSION OF FREDERICK P. HEISLER<br><br>v.<br><br>KEAN MILLER LLP, GIROD LOANCO, LLC, GIROD REO, LLC, | CIVIL ACTION<br><br>NO. 21-cv-0724<br><br>SECTION E<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE MICHAEL NORTH |

**MOTION FOR SANCTIONS PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 11**

This is a motion for sanctions against the plaintiff in the above-captioned civil action, Regina Heisler ("Heisler") in her capacity as the Executrix of the Succession of Frederick P. Heisler, and against Heisler's attorney, Henry L. Klein ("Klein"). As shown in the attached Memorandum in Support, the Complaint violates Federal Rule of Civil Procedure 11 ("Rule 11"). Contrary to Rule 11(b)(2), the claims and legal contentions in the Complaint are not warranted by existing law or a non-frivolous argument for modifying the law; they are directly contrary to black-letter statutory law, including statues that were cited to Klein just weeks before he filed the Complaint. Contrary to Rule 11(b)(3), key factual contentions in the Complaint have no evidentiary support—the contentions are false and were known by Klein to be false when he filed the Complaint. Further, the claims asserted in the Complaint have already been rejected by multiple state courts and are barred by operation of laws cited to Klein in other litigation between the parties.

Defendants Girod LoanCo, LLC ("LoanCo") and Girod REO, LLC ("REO") (together, "Girod") notified Klein and Heisler of these issues prior to, and after, the institution of this civil action, to no avail. Because Klein and Heisler have failed to withdraw the offensive pleading, Girod has incurred undue expense and burden defending this sanctionable lawsuit. On May 26, 2021, Girod sent this Motion and Memorandum in Support to Klein with a letter urging him to dismiss the Complaint within 21 days of his receipt of the letter. *See* May 26, 2021 letter of undersigned counsel, attached hereto as **Exhibit 1.** Klein failed to dismiss or otherwise withdraw his pleading.

Pursuant to Rule 11(c)(2), Girod asks the Court to dismiss the Complaint with prejudice as an appropriate sanction against Heisler for her role in allowing her counsel to file a meritless Complaint. Girod also asks the Court to order Klein to pay Girod's attorneys' fees incurred for responding to this Complaint as an appropriate and well-tailored sanction against Klein under Rule 11 to deter him from again filing meritless lawsuits against Girod and others. Girod incorporates by reference all Exhibits attached to this Motion and referenced in the accompanying Memorandum in Support, which Exhibits are listed below.

**WHERFORE**, Girod prays that the Court grant this Motion, dismiss this civil action with prejudice, and order Klein to pay Girod's reasonable attorneys' fees and expenses incurred in this civil action, including for the filing of this Motion. The Court should also consider further sanctions against Klein appropriate for his disregard for the Federal Rules of Civil Procedure and the Louisiana Rules of Professional Conduct 3.1 and 3.3.

June 22, 2021                              Respectfully submitted,

*/s/ J. Eric Lockridge*
J. Eric Lockridge (#30159)
eric.lockridge@keanmiller.com
Katilyn M. Hollowell (#37729)
katie.hollowell@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
(225) 387-0999

***Attorneys for Girod LoanCo, LLC and Girod REO, LLC***

**Exhibits to Motion:**

1. May 26, 2021 Letter from Eric Lockridge to Henry Klein requesting voluntary dismissal/withdrawal of the Complaint (without exhibits).

2. Order and Reasons rendered in the Foreclosure Lawsuit, dated August 10, 2020 (Hon. Scott Schlegel, 24th JDC).

3. Heisler's Motion to Vacate Order of Executory Process, Peremptory Exception of No Right of Action, Request for Expedited Hearing and Motion to Dismiss filed in the Foreclosure Lawsuit on January 2, 2020 (24th JDC) (without exhibits); Order [denying Motion to Vacate] rendered in the Foreclosure Lawsuit, dated January 6, 2020 (Hon. Scott Schlegel, 24th JDC)

4. Recorded Proces-Verbal conveying 4041 Williams to Girod REO after public auction, effective October 9, 2019.

5. LoanCo's Motion for Summary Judgment in the Schwab Concursus Action, filed April 16, 2019 (without all exhibits).

5A. Heisler's Objection to Consideration of Motion for Summary Judgment and Cross-Motion for Evidentiary Hearing on All Declaratory Judgment Issues, filed June 19, 2019 (without exhibits).

6. Final Judgment in Schwab Concursus Action, entered September 5, 2019.

7. Heisler's Application for Writs Seeking Supervisory Review of the District Court's Judgment Dated January 2, 2020; for Declaratory Judgments and Peremptory Exception of No Right of Action, No. 2020-C-0074, in the Louisiana Fourth Circuit Court of Appeals, filed January 27, 2020 (without exhibits).

8. Heisler's Petition for Writ of Certiorari to the United States Supreme Court, filed March 17, 2021 (without exhibits).

9. January 7, 2021 Letter from Clerk of the Supreme Court about denial of Petition for Rehearing, and Supreme Court Docket.

10. Search results for "GIROD REO" from the Delaware Secretary of State's free search website: https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx (last searched June 21, 2021).

11. Girod's Opposition to Motion to Vacate Oral Order on February 24, 2021 Filed by Henry L. Klein, filed in the Heisler Bankruptcy on March 17, 2021.

12. Louisiana Fifth Circuit Court of Appeals Writ Denial, Case No. 20-C-56, dated March 5, 2020.

13. Louisiana Fifth Circuit Court of Appeals Denial of Rehearing, Case No. 20-C-56, dated June 17, 2020.

14. Louisiana Secretary of State Certificate of Good Standing for Girod LoanCo, LLC.

15. Order appointing the Federal Deposit Insurance Corporation as receiver of First NBC Bank, entered by the Civil District Court of Orleans Parish on April 28, 2017.

16. Order Striking Pleadings, entered in the Heisler Bankruptcy on March 17, 2021.

17. Order and Reasons [granting Motion to Remand], Civ. Action No. 19-13150, (E.D. La. Dec. 23, 2019) (C.J. Brown).

18. Collection of Klein's comments about Heisler's "lack of business or commercial acumen" from his filings in various courts.

4817-8037-1690 v7

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11* with Memorandum in Support, and all Exhibits has been electronically filed with the Clerk of Court using the CM/ECF system this 22nd day of June, 2021. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or U.S. Mail.

*/s/J. Eric Lockridge*